MARK A. KLAASSEN
United Stated Attorney
C. LEVI MARTIN (WY 6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY  82003
Telephone:  307-772-2124
christopher.martin@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **Criminal Action No. 1:01-CR-000105-1B** |
| v. | |
| **MATTHEW T. BULLIS,** | |
| Defendant, | |
| and | |
| **RAPID APPLICATIONS GROUP, LLC,** | |
| Garnishee. | |

**MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT**

The plaintiff, the United States of America, by and through United States Attorney for the District of Wyoming, and C. Levi Martin, Assistant United States Attorney, respectfully moves the Court to enter the Final Order in Garnishment in this matter pursuant to 28 U.S.C. § 3205(c)(7). In support of this motion, Plaintiff states:

1. An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee.

2. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the writ it had in its possession or under its control personal property belonging to and due defendant in the form of earnings or other property.

3. The defendant was served with a copy the Writ of Garnishment and notified of his right to a hearing and object to the Answer of Garnishee. Defendant has not returned a request for a hearing to determine exempt property or to object to the Answer.

Under these circumstances, all conditions to the issuance of a final order in garnishment against the property, including nonexempt earnings of Defendant, are fully satisfied and the entry of the final order in garnishment is appropriate.

Respectfully submitted,

MARK A. KLAASSEN
United States Attorney

By:   */s/ C. Levi Martin*
C. LEVI MARTIN
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing **MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT** upon the parties by U.S. mail and electronic mail, a copy thereof to the following on this 27th day of August, 2019.


Rapid Applications Group, LLC
4393 Pierson Street
Wheat Ridge, CO  80033

Mr. Matthew T. Bullis
13847 W. 22nd Avenue
Golden, CO  80401

and

mbullis@hotmail.com

                                    */s/ Kathy W. Eckhardt*
                                    Kathy W. Eckhardt
                                    Legal Assistant
                                    Financial Litigation Unit
                                    P.O. Box 668
                                    Cheyenne, WY 82003-0668