

**FILED**
10:09 am, 8/29/19
**Stephan Harris**
**Clerk of Court**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW T. BULLIS,<br><br>Defendant,<br><br>and<br><br>RAPID APPLICATIONS GROUP, LLC,<br><br>Garnishee. | Criminal Action No. 1:01-CR-000105-1B |

## FINAL ORDER IN GARNISHMENT

This matter is before the Court on Plaintiff's motion for entry of a final order in garnishment pursuant to 28 U.S.C. § 3205, against property of the judgment defendant, Matthew T. Bullis.

The Court, having considered the Application for a Writ of Garnishment, the Answer of the Garnishee, and noting that Defendant has not exercised his right to request a hearing or object to the Answer now finds that the entry of the final order of garnishment is appropriate.

**IT IS THEREFORE ORDERED** that Garnishee is hereby ordered to pay into the hands of the Clerk of the United States District Court for the District of Wyoming 25% of each monthly benefit held by Garnishee and owed to defendant.

**IT IS FURTHER ORDERED** that this sum is to be applied upon the judgment rendered in this cause upon which there is an unpaid balance of $620,256.25 as of August 27, 2019.

Checks should be made payable to "Clerk of United States District Court" and mailed to:

> Clerk, United States District Court for the District of Wyoming
> 2120 Capitol Avenue
> Room 2131
> Cheyenne, WY  82001

DATED this __29__ day of August, 2019.

_____
NANCY D. FREUDENTHAL
United States District Court Judge
District of Wyoming