L. ROBERT MURRAY
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW T. BULLIS, <br><br> Defendant. | Criminal No. 2:01-cr-00105-CAB-1 |

## PLAINTIFF'S MOTION TO COMPEL

Plaintiff, the United States of America, by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, respectfully moves this Court, pursuant to FED. R. CIV. P. 37, for an Order Compelling Defendant, Matthew T. Bullis, to provide answers to previously served interrogatories and produce documents responsive to previously served requests for production. As support for this motion, the undersigned provides as follows:

1. On February 16, 2022, the United States mailed Defendant discovery in aid of collection for the debt owed by virtue of the Judgment in this case. Answers and responsive documents were due thirty (30) days from the date sent.

2. The mail was not returned by the postal service.

3. Defendant did not respond to the discovery, *at all*.

4. On April 1, 2022, the United States Attorney's Office called Defendant and left a voicemail message regarding the discovery responses.

5. On April 8, 2022, the United States Attorney's Office called Defendant a second time and left a voicemail message regarding the discovery responses.

6. To the undersigned's knowledge, Defendant has not contacted the United States Attorney's Office about the Interrogatories or Requests for Production.

Accordingly, pursuant to FED. R. CIV. P. 37(a)(3)(B), the United States requests this Court order Defendant to answer the previously served Interrogatories and provide responsive documents to the previously served Requests for Production within fourteen (14) days of its Order.

DATED this 29th day of April 2022.

          L. ROBERT MURRAY
          United States Attorney

By:   */s/ Jasmine M. Peters*
      JASMINE M. PETERS
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Matthew T. Bullis
13847 W. 22nd Avenue
Golden, CO 80401

*/s/ Teresa L. Fisher*
Teresa L. Fisher
United States Attorney's Office