L. ROBERT MURRAY
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW T. BULLIS, <br><br> Defendant. | Criminal No. 2:01-cr-00105-CAB-1 |

**PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE**

Plaintiff, the United States of America, by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, respectfully moves this Court, pursuant to Fed. R. Civ. P. 37(b)(2)(A)(vii), for an Order to Show Cause as to why Defendant, Matthew T. Bullis, should not be held in contempt for his failure to answer previously served Interrogatories and produce documents responsive to previously served Requests for Production. In support of this motion, the United States provides as follows:

1. On February 16, 2022, the United States mailed Defendant discovery in aid of collection for the debt owed by virtue of the Judgment in this case. Answers and responsive documents were due thirty (30) days from the date sent. Defendant did not timely provide answers or responsive documents.

2. On April 1, 2022, the United States Attorney's Office called Defendant and left a voicemail message regarding the discovery responses.

3. On April 8, 2022, the United States Attorney's Office called Defendant a second time and left a voicemail message regarding the discovery responses.

4. On April 29, 2022, the United States moved this Court for an order to compel Defendant to provide answers and responsive documents to the previously served discovery. (Doc. 50). That motion was granted, and Defendant was ordered to respond to the discovery by May 16, 2022. (Doc. 51).

5. On May 19, 2022, the United States Attorney's Office called Defendant regarding the discovery responses due per the Court's order and got a recording that the mailbox is full and cannot accept any messages at this time.

6. On May 26, 2022, the United States Attorney's Office called Defendant regarding the discovery responses due per the Court's order and got a recording that the mailbox is full and cannot accept any messages at this time.

7. Defendant has not complied with the Court's order to answer the previously served Interrogatories and provide responsive documents to the previously served Requests for Production.

THEREFORE, the United States prays that an Order be issued causing Defendant to show cause for not answering the Interrogatories and providing responsive documents to the Requests for Production, or to be held in contempt.

DATED: May 26, 2022.

L. ROBERT MURRAY
United States Attorney

By:  /s/ Jasmine M. Peters
Jasmine M. Peters
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Matthew T. Bullis
13847 W. 22nd Avenue
Golden, CO 80401

/s/ Teresa L. Fisher
Teresa L. Fisher
United States Attorney's Office