**FILED**



3:32 pm, 6/21/22

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 01-CR-105-1B |
| MATTHEW T. BULLIS | |
| Defendant. | |

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A         Interpreter: none
Date: Jun 21, 2022          Time: 2:42 p.m. - 2:53 p.m.

| Nancy D. Freudenthal | Abby Logan | Jan Davis | none |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

|  |  |
|---|---|
| U.S. Marshal | U.S. Probation Officer |

Attorney(s) for Government    Jasmine Peters

Attorney(s) for Defendant(s)    did not appear

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Gov | 52 | Show Cause | |

Other:
Defendant failed to appear as ordered. $647,112.50 in restitution ordered by this Court previously. The amount still outstanding in this matter is $557,127.25. Judge Orders that a Bench Warrant will be issued on this matter.