AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 JUL -7 PM 3:01
MARGARET BOTKINS, CLERK
CHEYENNE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MATTHEW T. BULLIS | ) | Case No. 01-CR-105-CAB |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATTHEW T. BULLIS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Defendant failed to appear as ordered for the Show Cause Hearing set previously in this matter for June 21, 2022.

Date: 06/21/2022

*Issuing officer's signature*

City and state: Cheyenne, WY

Nancy D. Freudenthal, Senior United States District Judg
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/21/2022, and the person was arrested on *(date)* 07/07/2022
at *(city and state)* Cheyenne, WY.

Date: 07/07/2022

*Arresting officer's signature*

USM Larsen Fizmanovich
*Printed name and title*