# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**3:25 pm, 7/12/22**

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff,

vs.

Matthew T Bullis

Defendant.

Case Number: 01-CR-00105

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A                    Interpreter: N/A
Date: Jul 12, 2022      Time: 2:35pm - 3:05pm

| Nancy D. Freudenthal | Becky Harris | Melanie Sonntag | N/A |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | LK / Guard | N/A | |
| | U.S. Marshal | U.S. Probation Officer | |

Attorney(s) for Government      Jasmine Peters

Attorney(s) for Defendant(s)      Pro Se

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Gov | 52 | Motion for Order to Show Cause | |

Other:
Plaintiff appears in custody.
The Court heard from Ms. Peters. There is a current garnishment in place in this matter. The Govt has received $63,129 from the withholdings that had not been delivered from the employer. Defendant's employer indicated that they would provide payments of the withholdings quarterly. The Govt is anticipating payment and will be following up in August.
The Court heard from the defendant. Response by Ms. Peters. The Court directs the defendant to produce documentation to the Govt within 30 days for their review and follow-up. No further hearing will be set in this matter. The Court orders the defendant be released from custody.

WY15                                                    Rev. 05/02/2022