NICHOLAS VASSALLO
Acting United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Criminal No. 2:01-cr-00105-CAB-1** |
| **MATTHEW T. BULLIS,** | |
| Defendant, | |
| and | |
| **RAPID APPLICATIONS GROUP, LLC,** | |
| Garnishee. | |

## ACCOUNTING IN GARNISHMENT

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Final Order in Garnishment filed in the above-entitled action.

Pursuant to the Final Order in Garnishment issued on or about August 29, 2019, $72,841.00 has been withheld from the judgment debtor and applied to the judgment debt.

DATED: December 28, 2022.

                                                    NICHOLAS VASSALLO
                                                  Acting United States Attorney

By:    /s/ *Jasmine M. Peters*
           JASMINE M. PETERS
           Assistant United States Attorney

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2022, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Matthew T. Bullis
13847 W. 22nd Avenue
Golden, CO 80401

                                          */s/ Teresa L. Fisher*
                                          For the United States Attorney's Office