UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 FEB 21 PM 12: 26

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW T. BULLIS,<br><br>Defendant. | Criminal No. 2:01-cr-00105-CAB-1 |

## MOTION TO QUASH SUBPOENA

**TO:** Jasmine M. Peters
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668

PLEASE TAKE NOTICE that Amber Bullis hereby moves this Court to quash the

United States' subpoena which was served upon

**JPMORGAN CHASE BANK, N.A.**

in the above-referenced matter. In support of this motion, the Court is respectfully referred to the

attached Affidavit.

By: _____
Amber Bullis
Address: 13847 W. 22nd Ave. Golden, CO 80401
Telephone: 303-748-9388

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 FEB 21   PM 12: 26

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW T. BULLIS,<br><br>Defendant. | Criminal No. 2:01-cr-00105-CAB-1 |

## AFFIDAVIT

I, Amber Bullis, of full age being duly sworn upon her oath deposes and says:

1. I am the wife to Defendant, Matthew T. Bullis.

2. On February 8, 2023, a subpoena was issued upon:

   **JPMORGAN CHASE BANK, N.A.**

3. I am the customer whose records are being requested by the Government.

4. I object to the release of my records for the following reason(s):

   All of the financial situations occurred prior to our marriage and the accounts in question were set up independently of my husband for my personal usage. The entire situation has caused significant finacial, emotional and mental stress in our marriage. I do not wish to be dragged futher into past issues regarding my husband that occured prior to our relationship. Any further damage to our relationship will lead to irreparable

damage as my patience has reached its limit. His past problems should solely be tied as his own without having to drag my parents, me and anyone from my family into this mess. If it helps me stay independent I am willing to remove my husband from any mutual accounts to alleviate any future issues.

_____
Signature

Amber D. Brllis
Print Name

Sworn and subscribed to before me this 17th day of FEBRUARY, 2023.

Notary Public, State of COLORADO
My Commission expires on: 2/24/2024

ERICA FULTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154045415
MY COMMISSION EXPIRES FEBRUARY 24, 2024

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:01-cr-105 |
| Matthew T. Bullis | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  JPMorgan Chase Bank, N.A.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.

| Place: United States Attorney's Office<br>Financial Litigation Program<br>District of Wyoming | Date and Time:<br><br>03/27/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/08/2023

_____           _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

CLERK OF COURT                        OR

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
United States of America , who issues or requests this subpoena, are:
Jasmine M. Peters, P.O. Box 668, Cheyenne, WY 82003-0668, jasmine.peters@usdoj.gov, 307-772-2984

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:01-cr-105

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JPMorgan Chase Bank, N.A.
on *(date)* 02/08/2023 .

☑ I served the subpoena by delivering a copy to the named person as follows: Per JPMorgan Chase Bank, N.A.'s stated contact information for service of subpoenas at https://www.search.org/resources/isp-list/.
on *(date)* 02/08/2023 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/08/2023

*Server's signature*

Teresa Fisher, Paralegal Specialist
*Printed name and title*
United States Attorney's Office
Financial Litigation Program
P.O. Box 668
Cheyenne, WY 82003-0668
*Server's address*

Additional information regarding attempted service, etc.:
The subpoena was served by certified mail and fax.




U.S. POSTAGE PAID
PME 1-Day
WHEAT RIDGE, CO
80033
FEB 17, 23
AMOUNT
$28.75
R2304M114883-02

RDC 07     82001

PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL EXPRESS®**

EJ 763 633 555 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE (303) 748-9788
Amber Bullis
13847 W 22nd Ave
Golden, CO 80401

**DELIVERY OPTIONS (Customer Use Only)**
[X] SIGNATURE REQUIRED
[ ] No Saturday Delivery
[ ] Sunday/Holiday Delivery Required
[ ] 10:30 AM Delivery Required

TO: (PLEASE PRINT)    PHONE ( )
United States District Court
2120 Capitol Ave
Room 2131
Cheyenne, WY 82001-3658

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.


PEEL FROM THIS CORNER

**ORIGIN (POSTAL SERVICE USE ONLY)**
[X] 1-Day  [ ] 2-Day  [ ] Military  [ ] DPO
PO ZIP Code: 80033
Scheduled Delivery Date: 2-18-23
Postage: $28.75
Date Accepted: 2-17-23
Scheduled Delivery Time: [ ] 10:30 AM  [X] 3:00 PM  [ ] 12 NOON
Time Accepted: 3:3[X] PM
Weight: 0   [X] Flat Rate
Total Postage & Fees: $28.75

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996


PS10001000006
EP13F July 2022
OD: 12 1/2 x 9 1/2


UNITED STATES POSTAL SERVICE®