**Exhibit 1**

Consolidated Debt Collection System Payment History

for Matthew T. Bullis

| Collection Office | USAO | Collection District | WY | Last Name | Bullis | First Name | Matthew T. | CDCS Number | 2002A95917 | Court Number | 01CR105-1B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Collect Type | 6B | Priority Code | 02 | Scheduled Payment Amount | | Scheduled Payment Date | | | | Current Liability | $535,761.25 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 04/10/2003 | OT | A | M. Bullis | | REC#300450 | | 05/21/2003 | $47.00 |
| 0003 | PMNT | 05/12/2003 | OT | A | M. Bullis | | REC#300697 | | 06/23/2003 | $54.00 |
| 0004 | PMNT | 06/11/2003 | CL | A | BOP | | REC#300918 | | 07/18/2003 | $54.00 |
| 0005 | PMNT | 07/07/2003 | CL | A | M. Bullis | | REC#301187 | | 08/20/2003 | $31.33 |
| 0006 | PMNT | 09/11/2003 | CL | A | M. Bullis | | REC#301962 | | 10/28/2003 | $25.00 |
| 0007 | PMNT | 12/11/2003 | CL | A | M. Bullis | | REC#302618 | | 01/22/2004 | $25.00 |
| 0008 | PMNT | 03/08/2004 | CL | A | M. Bullis | | REC#303056 | | 03/18/2004 | $505.00 |
| 0009 | PMNT | 04/09/2004 | CL | A | M. Bullis | | REC#303282 | | 04/13/2004 | $505.00 |
| 0010 | PMNT | 05/11/2004 | CL | A | M. Bullis | | REC#303535 | | 05/20/2004 | $505.00 |
| 0011 | PMNT | 06/14/2004 | CL | A | M. bullis | | REC#303740 | | 07/01/2004 | $505.00 |
| 0012 | PMNT | 07/12/2004 | CL | A | M. Bullis | | REC#303925 | | 07/22/2004 | $505.00 |
| 0013 | PMNT | 09/14/2004 | CL | A | M. Bullis | | REC#304384 | | 09/24/2004 | $505.00 |
| 0014 | PMNT | 10/12/2004 | CL | A | M. Bullis | | REC#304562 | | 10/21/2004 | $505.00 |
| 0015 | PMNT | 11/10/2004 | CL | A | Matthew Bullis | | REC#304853 | | 11/17/2004 | $505.00 |
| 0016 | PMNT | 12/13/2004 | CL | A | Matt Bullis | | REC#305108 | | 12/22/2004 | $505.00 |
| 0017 | PMNT | 01/24/2005 | CL | A | Matt Bullis | | REC#305634 | | 02/02/2005 | $505.00 |
| 0018 | PMNT | 02/11/2005 | CL | A | Matt Bullis | | REC#305790 | | 02/15/2005 | $505.00 |
| 0019 | PMNT | 03/11/2005 | CL | A | Matt Bullis | | REC#305995 | | 03/17/2005 | $505.00 |
| 0020 | PMNT | 04/08/2005 | CL | A | Matthew Bullis | | REC#306201 | | 04/14/2005 | $505.00 |
| 0021 | PMNT | 05/09/2005 | CL | A | Matt Bullis | | REC#306422 | | 05/18/2005 | $505.00 |
| 0022 | PMNT | 06/09/2005 | CL | A | Matt Bullis | | REC#306656 | | 06/20/2005 | $600.00 |
| 0023 | PMNT | 07/11/2005 | CL | A | Matt Bullis | | REC#306875 | | 07/22/2005 | $600.00 |
| 0024 | PMNT | 08/09/2005 | CL | A | Matt Bullis | | REC#307110 | | 08/18/2005 | $600.00 |
| 0025 | PMNT | 09/13/2005 | CL | A | Matt Bullis | | REC#307367 | | 09/22/2005 | $600.00 |
| 0026 | PMNT | 10/11/2005 | CL | A | MATT BULLIS | | REC#307490 | | 10/19/2005 | $600.00 |
| 0027 | PMNT | 11/14/2005 | CL | A | MATT BULLIS | | REC#307850 | | 11/23/2005 | $600.00 |
| 0028 | PMNT | 02/09/2006 | CL | A | Matt Bullis | | REC#308772 | | 02/15/2006 | $600.00 |
| 0030 | PMNT | 05/08/2006 | CL | A | M Bullis | | 309411 | | 05/17/2006 | $600.00 |
| 0031 | PMNT | 05/08/2006 | CL | A | M Bullis | | 309425 | | 05/17/2006 | $600.00 |
| 0032 | PMNT | 06/08/2006 | CL | A | Matt Bullis | | REC#309650 | | 06/14/2006 | $600.00 |
| 0033 | PMNT | 08/09/2004 | CL | A | Matt Bullis | | REC#304159 | | 07/31/2006 | $505.00 |
| 0035 | PMNT | 12/09/2005 | CL | A | Matt Bullis | | REC#308074 | | 07/31/2006 | $600.00 |
| 0037 | PMNT | 08/07/2006 | CL | A | Matt Bullis | | REC#310126 | | 08/16/2006 | $600.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0038 | PMNT | 09/08/2006 | CL | A | Matt Bullis | | REC#310373 | | 09/13/2006 | $600.00 |
| 0039 | PMNT | 09/08/2006 | CL | A | Matt Bullis | | REC#310374 | | 09/13/2006 | $600.00 |
| 0040 | PMNT | 10/20/2006 | CL | A | Matt Bullis | | REC/CHY#271 | | 10/23/2006 | $600.00 |
| 0041 | PMNT | 11/09/2006 | CL | A | Matt Bullis | | REC/CHY#474 | | 11/13/2006 | $600.00 |
| 0042 | PMNT | 12/07/2006 | CL | A | Matt Bullis | | REC/CHY#733 | | 12/12/2006 | $600.00 |
| 0043 | PMNT | 01/29/2007 | CL | A | Matt Bullis | | REC/CHY#1085 | | 01/30/2007 | $600.00 |
| 000045 | PMNT | 03/22/2019 | TR | A | BULLIS, MATTHEW T | | TOP | | 04/27/2019 | $3,526.96 |
| 000047 | PMNT | 03/22/2019 | TR | A | BULLIS, MATTHEW T | | TOP | | 04/27/2019 | $4,717.96 |
| 000049 | PMNT | 05/10/2022 | CL | A | BULLIS, MATTHEW T | | 350 | | 05/13/2022 | $63,129.00 |
| 000051 | PMNT | 08/01/2022 | CL | A | BULLIS, MATTHEW T | | 000112 | | 08/06/2022 | $3,885.00 |
| 000053 | PMNT | 10/17/2022 | CL | A | BULLIS, MATTHEW T | | 000510 | | 10/19/2022 | $5,827.00 |
| 000055 | PMNT | 01/17/2023 | CL | A | BULLIS, MATTHEW T | | 000965 | | 01/20/2023 | $5,827.00 |
| 000057 | PMNT | 04/24/2023 | CL | A | BULLIS, MATTHEW T | | 001421 | | 04/27/2023 | $5,827.00 |
| Grand Total | | | | | | | | | | $111,351.25 |