## Exhibit 2

Rapid Applications Group, LLC Payroll Chart

**Rapid Applications Payroll Chart**

| Date | Description | Amount | 25% of payment owed |
|---|---|---:|---:|
|  | Payments from Employer "Rapid Applications, LLC" | | |
|  | Payments Receivable from date of Garnsihment to 04/20/2022 | | |
| | | | |
|  | Estimated payroll payments for 08/20/2019 - 12/31/2019 based on $271,219.55 annual pay: | | |
| 8/20/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 9/5/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 9/20/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 10/4/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 10/18/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 11/4/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 11/20/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 12/4/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 12/20/2019 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 1/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 1/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 2/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 2/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 3/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 3/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 4/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 4/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 5/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 5/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 6/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 6/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 7/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 7/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 8/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 8/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 9/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 9/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 10/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 10/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 11/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 11/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 12/4/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 12/20/2020 | Estimated Payroll | $11,384.15 | $2,846.04 |
| 1/4/2021 | Quickpay from Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 1/4/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 1/4/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 1/29/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 2/1/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 2/2/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 2/3/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 2/8/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 2/9/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 2/11/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 4/1/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 4/2/2021 | Quickpay with Zelle from Rapid Applications LLC | $1,000.00 | $250.00 |
| 4/16/2021 | Quickpay with Zelle from Rapid Applications LLC | $627.70 | $156.93 |
| 5/6/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 5/17/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 7/9/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 7/12/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 8/17/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 9/16/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 10/4/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 10/5/2021 | Quickpay with Zelle from Rapid Applications LLC | $2,924.86 | $731.22 |

**Rapid Applications Payroll Chart**

| Date | Description | Amount | 25% |
|---|---|---:|---:|
| 10/12/2021 | Quickpay with Zelle from Rapid Applications LLC | $2,871.37 | $717.84 |
| 10/12/2021 | Quickpay with Zelle from Rapid Applications LLC | $924.45 | $231.11 |
| 11/2/2021 | Quickpay with Zelle from Rapid Applications LLC | $5,000.00 | $1,250.00 |
| 1/5/2021 | Rapid Application Payroll | $8,848.92 | $2,212.23 |
| 1/20/2021 | Rapid Application Payroll | $8,848.92 | $2,212.23 |
| 2/5/2021 | Rapid Application Payroll | $8,848.92 | $2,212.23 |
| 2/19/2021 | Rapid Application Payroll | $8,484.92 | $2,212.23 |
| 3/5/2021 | Rapid Application Payroll | $8,848.92 | $2,212.23 |
| 3/19/2021 | Rapid Application Payroll | $8,848.92 | $2,212.23 |
| 4/5/2021 | Rapid Application Payroll | $8,848.92 | $2,212.23 |
| 4/20/2021 | Rapid Application Payroll | $8,848.92 | $2,212.23 |
| 5/5/2021 | Rapid Application Payroll | $8,848.92 | $2,212.23 |
| 5/20/2021 | Rapid Application Payroll | $10,161.81 | $2,540.45 |
| 5/20/2021 | Rapid Application Payroll | $8,795.91 | $2,198.98 |
| 6/4/2021 | Rapid Application Payroll | $11,174.08 | $2,793.52 |
| 6/18/2021 | Rapid Application Payroll | $11,507.43 | $2,876.86 |
| 7/2/2021 | Rapid Application Payroll | $12,705.75 | $3,176.44 |
| 7/20/2021 | Rapid Application Payroll | $12,690.75 | $3,172.69 |
| 8/5/2021 | Rapid Application Payroll | $12,690.76 | $3,172.69 |
| 8/20/2021 | Rapid Application Payroll | $12,690.75 | $3,172.69 |
| 9/3/2021 | Rapid Application Payroll | $12,690.75 | $3,172.69 |
| 9/20/2021 | Rapid Application Payroll | $12,690.76 | $3,172.69 |
| 10/5/2021 | Rapid Application Payroll | $12,690.75 | $3,172.69 |
| 10/20/2021 | Rapid Application Payroll | $12,690.75 | $3,172.69 |
| 11/5/2021 | Rapid Application Payroll | $12,690.76 | $3,172.69 |
| 11/19/2021 | Rapid Application Payroll | $12,690.75 | $3,172.69 |
| 12/3/2021 | Rapid Application Payroll | $12,690.75 | $3,172.69 |
| 12/20/2021 | Rapid Application Payroll | $12,690.76 | $3,172.69 |
| 1/5/2022 | Rapid Application Payroll | $10,836.71 | $2,709.18 |
| 1/20/2022 | Rapid Application Payroll | $10,836.71 | $2,709.18 |
| 2/4/2022 | Rapid Application Payroll | $10,836.71 | $2,709.18 |
| 2/18/2022 | Rapid Application Payroll | $10,836.71 | $2,709.18 |
| 3/4/2022 | Rapid Application Payroll | $10,836.71 | $2,709.18 |
| 3/18/2022 | Rapid Application Payroll | $10,836.71 | $2,709.18 |
| 4/5/2022 | Rapid Application Payroll | $10,836.71 | $2,709.18 |
| 4/20/2022 | Rapid Application Payroll | $10,836.71 | $2,709.18 |
| | TOTAL INCOME: | $838,938.56 | $209,825.77 |

| | |
|---|---:|
| 25% of CALCULATED EARNINGS: | $209,825.77 |
| LUMP PAYMENT FOR 8/20/2019-4/20/2022: | - $63,129.00 |
| TOTAL STILL OWED FOR 8/20/2019-4/20/2022: | $146,696.77 |

| Date | Description | Amount | 25% |
|---|---|---:|---:|
| 5/5/2022 | Rapid Application Payroll | $11,022.71 | $2,755.68 |
| 5/20/2022 | Rapid Application Payroll | $11,870.04 | $2,967.51 |
| 6/3/2022 | Rapid Application Payroll | $11,870.05 | $2,967.51 |
| 6/17/2022 | Rapid Application Payroll | $11,591.37 | $2,897.84 |
| 7/5/2022 | Rapid Application Payroll | $11,441.37 | $2,860.34 |
| 7/20/2022 | Rapid Application Payroll | $11,441.38 | $2,860.34 |
| 8/5/2022 | Rapid Application Payroll | $11,441.37 | $2,860.34 |
| 8/19/2022 | Rapid Application Payroll | $11,441.37 | $2,860.34 |
| 9/2/2022 | Rapid Application Payroll | $11,441.38 | $2,860.34 |
| 9/20/2022 | Rapid Application Payroll | $11,441.37 | $2,860.34 |
| 10/5/2022 | Rapid Application Payroll | $11,441.37 | $2,860.34 |
| 10/20/2022 | Rapid Application Payroll | $11,441.38 | $2,860.34 |
| 11/4/2022 | Rapid Application Payroll | $11,941.37 | $2,985.34 |
| 11/18/2022 | Rapid Application Payroll | $12,441.37 | $3,110.34 |
| 12/5/2022 | Rapid Application Payroll | $12,441.37 | $3,110.34 |

**Rapid Applications Payroll Chart**

| Date | Description | Amount | Amount |
|---|---|---:|---:|
| 12/20/2022 | Rapid Application Payroll | $12,441.38 | $3,110.34 |
| 1/5/2023 | Rapid Application Payroll | $10,649.67 | $2,662.42 |
| 1/20/2023 | Rapid Application Payroll | $10,649.67 | $2,662.42 |
| 2/3/2023 | Rapid Application Payroll | $10,649.67 | $2,662.42 |
| 2/17/2023 | Rapid Application Payroll | $10,649.67 | $2,662.42 |
| 3/4/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| 3/20/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| 4/4/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| 4/20/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| 5/4/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| 5/20/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| 6/4/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| 6/20/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| 7/4/2023 | *Estimated Payroll for 2023* | $10,649.67 | $2,662.42 |
| | TOTAL INCOME: | $325,596.36 | $81,399.08 |

| | |
|---|---:|
| 25% of CALCULATED EARNINGS: | $81,399.08 |
| 08/01/2022 PAYMENT: | - $3,885.00 |
| 10/17/2022 PAYMENT: | - $5,827.00 |
| 01/17/2023 PAYMENT: | - $5,827.00 |
| 04/24/2023 PAYMENT: | -$5,827.00 |
| TOTAL STILL OWED FOR 05/01/2022 - current: | $60,033.08 |

| | |
|---|---:|
| **TOTAL STILL OWED FROM DATE OF GARNISHMENT TO JULY 2023:** | $206,729.85 |