NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Criminal No. 2:01-cr-00105-CAB-1 |
| **MATTHEW T. BULLIS**, | |
| Defendant, | |
| and | |
| **RAPID APPLICATIONS GROUP, LLC**, | |
| Garnishee. | |

### PLAINTIFF'S MOTION TO VACATE ORDER TO SHOW CAUSE

Plaintiff United States of America, by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, respectfully asks this Court to vacate the *Order to Show Cause* hearing set for August 29, 2023, at 11:30 a.m. (Doc. 64); (Doc. 65).

On April 18, 2002, the United States District Court for the District of Wyoming entered a Criminal Judgment against Defendant Matthew T. Bullis. (Doc. 28). As part of his sentence, Defendant was ordered to pay restitution in the amount of $662,112.50. (*Id.*). A subsequent

Judgment and Order Adjusting Restitution reduced the restitution amount to $647,112.50. (Doc. 39).

After this Court entered the Criminal Judgment against Defendant, the United States Attorney's Office for the District of Wyoming ("USAO") began enforcing against the debt. In August of 2019, the United States filed a Writ of Garnishment against Defendant and his employer, Garnishee Rapid Applications Group, LLC under the Federal Debt Collection Procedure Act. (Doc. 44); *see also* 28 U.S.C. § 3205.

On August 16, 2019, Garnishee filed a written Answer to the garnishment and stated it anticipated owing $5,000 on a bimonthly basis to Defendant as regular salary for employment. (Doc. 46). Garnishee anticipated Defendant's disposable earnings to be $3,884.87. (*Id.*). The Answer was signed and filed by Heather Kalinch, President of Rapid Applications Group, LLC. (*Id.*). This Court entered a Final Order in Garnishment on August 29, 2019. (Doc. 48). The Court ordered Garnishee "to pay into the hands of the Clerk of the United States District Court for the District of Wyoming 25% of each monthly benefit held by Garnishee and owed to defendant." (*Id.* at 1).

In early 2022, the USAO reviewed Defendant's financial circumstances and the garnishment. In doing so, the USAO sought discovery from Defendant, obtained a bench warrant against Defendant for his failure to comply, and issued subpoenas for bank account information and records. From the financial investigation, it was apparent that Garnishee was not truthful in its Answer to the garnishment and was not withholding 25% of Defendant's disposable income under the garnishment.

On July 6, 2023, the United States filed *Plaintiff's Motion for Order to Show Cause* against Garnishee for failing to withhold and pay to the Clerk, U.S. District Court 25% of Defendant's

disposable income since 2019. (Doc. 63). At the time of filing the motion, Garnishee owed approximately $206,729.85 in back-owed garnishment payments. The USAO notified Garnishee via email, mail, and certified mail of the back-owed garnishment payments and demanded payment on April 21, 2023. Garnishee failed to respond. As a result, this Court set an *Order to Show Cause* hearing for August 29, 2023. (Doc. 64); (Doc. 65).

The Garnishee has never contacted the USAO concerning the *Order to Show Cause*. However, on July 6, 2023, Defendant contacted the USAO and mailed the Clerk, U.S. District Court a personal check for the remaining balance of $535,761.25. The check was received on July 10, 2023.

Because Defendant has voluntarily paid his outstanding financial obligations in full, the United States requests the Court vacate the *Order to Show Cause* against Garnishee.

Dated: August 28, 2023.

                                                          NICHOLAS VASSALLO
                                                          United States Attorney

By:   */s/ Jasmine M. Peters*
       JASMINE M. PETERS
       Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, I served a true and correct copy of the foregoing upon Defendant, *pro se*, and Garnishee by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Matthew T. Bullis
13847 W. 22nd Avenue
Golden, CO 80401

Stephanie Bullis
Rapid Applications Group, LLC
4393 Pierson St.
Wheat Ridge, CO 80401

                                             */s/ Teresa L. Fisher*
                                             United States Attorney's Office