NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEW T. BULLIS**, <br><br> Defendant, <br><br> and <br><br> **RAPID APPLICATIONS GROUP, LLC**, <br><br> Garnishee. | Criminal No. 2:01-cr-00105-CAB-1 |

### MOTION TO QUASH WRIT OF GARNISHMENT

Plaintiff, United States of America, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorney Jasmine M. Peters, pursuant to 28 U.S.C. § 3205(c)(10)(A), respectfully requests the Court quash the writ of continuing garnishment against Garnishee and Defendant.

On July 10, 2023, Defendant paid the remaining balance of $535,761.25 to the Clerk, U.S. District Court. Because Defendant has paid his financial obligations in full, the United States requests this Court quash the writ of continuing garnishment against Garnishee and Defendant.

Dated: August 28, 2023.

                                                NICHOLAS VASSALLO
                                                United States Attorney

By:    /s/ *Jasmine M. Peters*
        JASMINE M. PETERS
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I served a true and correct copy of the foregoing upon the following by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Matthew T. Bullis
13847 W. 22nd Avenue
Golden, CO 80401

Stephanie Bullis
Rapid Applications Group, LLC
4393 Pierson Street
Wheat Ridge, CO 80033

                                                  /s/ *Teresa L. Fisher*
                                                  United States Attorney's Office