NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW T. BULLIS**,<br><br>Defendant. | **Criminal No. 2:01-cr-00105-CAB-1** |

## SATISFACTION OF JUDGMENT AS TO MONETARY COMPONENT(S)

The assessment, fine, and/or restitution imposed by the Court in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court may now satisfy the Judgment as to the monetary component(s) only.

Dated: August 28, 2023.

              NICHOLAS VASSALLO
              United States Attorney

      By: */s/ Jasmine M. Peters*
         JASMINE M. PETERS
         Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 28, 2023, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Matthew T. Bullis
13847 W. 22nd Avenue
Golden, CO 80401

                                               */s/ Teresa L. Fisher*
                                               For the United States Attorney's Office